# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>JAIME GOMEZ GONZALEZ,<br><br>                Defendant. | Case No.: 21MJ8710<br><br>COMPLAINT FOR VIOLATION OF<br><br>18 U.S.C. § 545<br>Smuggling Goods Into the United States<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about August 17, 2021, within the Southern District of California, defendant JAIME GOMEZ GONZALEZ, did knowingly and willfully, with the intent to defraud the United States, attempt to smuggle and clandestinely introduce into the United States, merchandise, which should have been invoiced, to wit: Mexican pesticides, that is, seventeen 1-liter bottles of "Taktic," in violation of Title 18, United States Code, Section 545.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Victor D. Lara
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this __23__ day of August, 2021.

_____
HON. RUTH BERMUDEZ MONTENEGRO
U.S. MAGISTRATE JUDGE

United States of America
   v.
Jaime GOMEZ GONZALEZ

**STATEMENT OF FACTS**

This Complaint and Statement of Facts is based on the reports, documents, and notes furnished to United States Homeland Security Investigations Special Agent Victor Lara.

At approximately 4:40 p.m. on August 17, 2021, Jaime GOMEZ GONZALEZ (GOMEZ) entered the United States in the designated SENTRI lane at the Calexico West Port of Entry as the driver of a red 1994 Ford F250 bearing California license plates, along with two passengers. Neither GOMEZ nor the two passengers were enrolled in the SENTRI trusted traveler program. The Customs and Border Protection (CBP) Officer asked GOMEZ what he was bringing from Mexico, and GOMEZ stated he was bringing soda and stuff. The CBP Officer noticed several items in the back seat which obstructed the view of the entire passenger compartment and its contents and found sodas and several closed boxes in the trunk. After receiving several vague answers from GOMEZ and being unable to clearly observe what items were in the vehicle, the CBP Officer referred the vehicle to Secondary for further inspection.

In the Secondary inspection area, the CBP Officers received a negative declaration from GOMEZ, and proceeded to conduct a seven-point inspection of the

vehicle. During their inspection, CBP Officers located and seized three boxes containing a total of seventeen 1-liter bottles of Taktic.

After being advised of his Constitutional rights and waiving his rights in writing, GOMEZ stated that he purchased the bottles of pesticide in Mexico and intended to use them on roses and fruit trees at the nursery he runs with his wife in Terra Bella, California.

According to the label, "Taktic" contains the active ingredient amitraz at an emulsifiable concentration of 12.5%. U.S. Environmental Protection Agency (EPA) special agents advised that in the United States, amitraz in this form is a cancelled and unregistered pesticide. In the United States, an emulsifiable concentrate product by the name Taktic with 12.5% active ingredient amitraz was approved for use as an insecticide and miticide in 1986 and cancelled in 2014. Similarly, the last ready-to-use product of amitraz was cancelled in 2019. Amitraz was primarily used for flies and mites on cotton and pear crops; livestock ticks, lice, and mange mites on beef and dairy cattle and swine; ticks on dogs; and parasitic mites on honeybees. In humans, amitraz poses oral and inhalation risks, as well as a possible cancer and neurotoxicity risks.

Federal law prohibits the distribution and sale of canceled or unregistered pesticides. 7 U.S.C. §136j(a)(1)(A). Only pesticides registered with the EPA may be imported or sold in the United States. 7 U.S.C. §136o(c). All pesticides intended for

use in the United States must bear their EPA registration number on their labels, preceded by the phrase "EPA Registration No." or "EPA Reg. No." 40 C.F.R. §156.10(e). In addition, all required information on a label must appear in the English language. 40 C.F.R. §156.10(a)(3). The containers of pesticide found with GOMEZ were labeled only in Spanish and bore no EPA registration numbers.

The lawful importation of pesticides into the United States requires a Notice of Arrival to be provided to U.S. Customs, pursuant to 19 C.F.R. §12.112. GOMEZ provided no such Notice of Arrival for the pesticides in this case.

GOMEZ was placed under arrest and charged with a violation of Title 18, United States Code section 545 for Smuggling Goods Into the United States, and was issued a Notice to Appear dated August 24, 2021 at 8:00 a.m. to answer to these charges.