# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JAIME GOMEZ GONZALEZ,<br><br>  Defendant. | Case No. 21-cr-02667-GPC<br><br>I N F O R M A T I O N<br><br>18 U.S.C. § 545<br>Smuggling Goods Into the United States (Felony) |
|---|---|

The United States Attorney charges:

### COUNT 1

On or about August 17, 2021, within the Southern District of California, defendant JAIME GOMEZ GONZALEZ did knowingly and willfully, with the intent to defraud the United States, attempt to smuggle and clandestinely introduce into the United States, merchandise, which should have been invoiced, to wit: Mexican pesticides, that is, seventeen 1-liter bottles of "Taktic," in violation of Title 18, United States Code, Section 545.

DATED: Sept. 13, 2021

RANDY S. GROSSMAN
Acting United States Attorney

*Melanie K. Pierson* (signature)
_____
MELANIE K. PIERSON
Assistant U. S. Attorney